SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07 0233 JSW |
| Plaintiff, | ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 21, 2007 THROUGH AUGUST 9, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| CURTIS SCOTT, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a motions hearing on August 9, 2007 at 2:30 p.m. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 21, 2007 through August 9, 2007. The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for status and trial setting on June 21, 2007. At that time, a schedule was set for pre-trial motions, including a motions hearing on August 9, 2007.

2. The parties requested an exclusion of time under the Speedy Trial Act for the period from June 21, 2007 through August 9, 2007. The defendant agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

1  3161(h)(8)(B)(iv).

2      3. After consideration of this matter, the Court finds that, taking into account the public
3  interest in the prompt disposition of criminal cases, the ends of justice served by excluding the
4  period from June 21, 2007 through August 9, 2007 outweigh the best interest of the public and
5  the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6      4. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
7  August 9, 2007 at 2:30 p.m., and (2) orders that the period from June 21, 2007 through August 9,
8  2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A),
9  (h)(8)(B)(iv).

10  IT IS SO STIPULATED:

11  DATED: 6/27/2007          /s/
12                            STEPHEN TURER
                              Attorney for Defendant

13
14  DATED: 6/25/07            /s/
                              MICHELLE MORGAN-KELLY
15                            Assistant United States Attorney

16  IT IS SO ORDERED.

17  DATED: June 28, 2007
18                            THE HONORABLE JEFFREY S. WHITE
                              United States District Judge

2