1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,        )    No. CR 07-0233 JSW
                                    )
        Plaintiff,                  )
                                    )    STIPULATION AND [PROPOSED]
        v.                          )    ORDER EXCLUDING TIME
                                    )
   CURTIS SCOTT,                    )
                                    )
        Defendant.                  )
   _____)

        On August 9, 2007, the parties in this case appeared before the Court for a status conference.
   At that time, the parties stipulated that time should be excluded from the Speedy Trial Act
   calculations from August 9, 2007, through September 6, 2007, for effective preparation of
   defense counsel.  The parties represented that granting the continuance was the reasonable time
   necessary for effective preparation of defense counsel, taking into account the exercise of due
   diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice
   served by granting such a continuance outweighed the best interests of the public and the
   //

   STIP. AND ORDER
   CR 07-0233 JSW

1  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

3  SO STIPULATED:

                                             SCOTT N. SCHOOLS
                                             United States Attorney

         8/14/2007                           /s/ Derek Owens
DATED: _____                     _____
                                             DEREK R. OWENS
                                             Assistant United States Attorney

         8/15/2007                           /s/ Stephen Turer
DATED: _____                     _____
                                             STEPHEN TURER
                                             Attorney for Curtis Scott

   As the Court found on August 9, 2007, and for the reasons stated above, the Court finds that an exclusion of time between August 9, 2007, through September 6, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 20, 2007                       _____
                                             THE HONORABLE JEFFREY S. WHITE
                                             United States District Court Judge

STIP. AND ORDER
CR 07-0233 JSW                    2